(Reap. Dec. 9417)

STATES MERCANTILE COMPANY *v.* UNITED STATES

Entry No. 19903, etc.

(Decided May 12, 1959)

*Lawrence & Tuttle* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," hereto attached and made a part hereof, involve certain so-called sodium para-amino salicylate exported from Western Germany and entered at the port of San Francisco, Calif.

Stipulated facts, upon which the cases have been submitted, establish that the proper basis for appraisement of the merchandise in question is American selling price, as defined in section 402(g) of the Tariff Act of 1930, as amended, and that such statutory value therefor is as follows, according to the periods of exportation involved herein:

| Item | Export Period | Price |
|---|---|---|
| sodium para-amino salicylate_____ | 1956 | $2.20 per lb., less 1 per centum, net packed |
| sodium para-amino salicylate_____ | 1957 | |
| sodium para-amino salicylate_____ | 1958 | $2.10 per lb., less 1 per centum, net packed |
| | | $1.90 per lb., less 1 per centum, net packed |

I so hold.

Judgment will be rendered accordingly.